```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 14952
   MARGARET A WISEHEART
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-9324

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/17/2007 and was confirmed 10/01/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 06/02/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
MIDLAND CREDIT MANAGEMEN  UNSEC W/INTER       107.95             .00             .00
OCWEN FEDERAL BANK        CURRENT MORTG          .00             .00             .00
OCWEN FEDERAL BANK        MORTGAGE ARRE     27606.42             .00          411.48
CITY OF CHICAGO PARKING   FILED LATE         3635.00             .00             .00
PARKVIEW ORTHOPEDIC GROU  UNSEC W/INTER NOT FILED                .00             .00
CYBR COLLECT              UNSEC W/INTER NOT FILED                .00             .00
DEPENDON COLLECTION SVC   UNSEC W/INTER NOT FILED                .00             .00
CENTER FOR PEDIATRIC GAS  UNSEC W/INTER NOT FILED                .00             .00
ADVOCATE CHRIST HOSPITAL  UNSEC W/INTER NOT FILED                .00             .00
ADVOCATE CHRIST HOSPITAL  UNSEC W/INTER NOT FILED                .00             .00
LITTLE CO OF MARY         UNSEC W/INTER NOT FILED                .00             .00
LITTLE CO OF MARY         UNSEC W/INTER NOT FILED                .00             .00
EVERGREEN EMERGENCY SERV  UNSEC W/INTER NOT FILED                .00             .00
EVERGREEN EMERGENCY SERV  UNSEC W/INTER NOT FILED                .00             .00
EVERGREEN EMERGENCY SERV  UNSEC W/INTER NOT FILED                .00             .00
EVERGREEN EMERGENCY SERV  UNSEC W/INTER NOT FILED                .00             .00
MCI COMMUNICATIONS        UNSEC W/INTER NOT FILED                .00             .00
RECEIVABLE MANAGEMENT IN  UNSEC W/INTER       250.00             .00             .00
OAK LAWN DENTAL OFFICE    UNSEC W/INTER NOT FILED                .00             .00
LITTLE COMPANY OF MARY H  UNSEC W/INTER NOT FILED                .00             .00
BIZAR & DOYLE LLC         DEBTOR ATTY       2,200.00                        2,200.00
TOM VAUGHN                TRUSTEE                                             178.56
DEBTOR REFUND             REFUND                                                 .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    2,790.04

PRIORITY                                           .00
SECURED                                         411.48

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 14952 MARGARET A WISEHEART
```

```
UNSECURED                                                           .00
ADMINISTRATIVE                                                 2,200.00
TRUSTEE COMPENSATION                                             178.56
DEBTOR REFUND                                                       .00
                                         ---------------    ---------------
TOTALS                                         2,790.04          2,790.04
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                       /s/ Tom Vaughn
   Dated: 09/24/08                     _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE
```